UNDER SEAL

FILED
CHARLOTTE, NC

FEB 20 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO.: 3:25cr 34-MOC |
| v. | **BILL OF INDICTMENT** |
| ALLISEN ELIZABETH WERNER | Violations: 18 U.S.C. 113(a)(6)<br>18 U.S.C. 113(a)(4) |

THE GRAND JURY CHARGES:

### COUNT ONE
*(Assault resulting in serious bodily injury)*

On or about May 16, 2024, in the Western District of North Carolina and elsewhere, the defendant,

ALLISEN ELIZABETH WERNER,

being a passenger on a civil aircraft of the United States, in the special aircraft jurisdiction of the United States, that is, American Airlines flight number 2485 while it was in-flight from West Palm Beach, Florida, to Charlotte, North Carolina, did unlawfully and intentionally assault another person, W.L., to wit: by hitting W.L. in the head, which assault resulted in serious bodily injury to W.L., in violation of Title 18, United States Code, Section 113(a)(6), and Title 49, United States Code, Section 46506.

### COUNT TWO
*(Assault by striking, beating, or wounding)*

On or about May 16, 2024, in the Western District of North Carolina and elsewhere, the defendant,

ALLISEN ELIZABETH WERNER,

being a passenger on a civil aircraft of the United States, in the special aircraft jurisdiction of the United States, that is, American Airlines flight number 2485 while it was in-flight from West Palm Beach, Florida, to Charlotte, North Carolina, did unlawfully and intentionally assault another person, W.L, by striking, beating, and wounding W.L., in violation of Title 18, United States Code, Section 113(a)(4), and Title 49, United States Code, Section 46506.

A TRUE BILL

███████████████

FOREPERSON

LAWRENCE J. CAMERON
ACTING UNITED STATES ATTORNEY

/s/ David W. Kelly

DAVID W. KELLY
ASSISTANT UNITED STATES ATTORNEY